NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**
*Plaintiff-Appellee,*

v.

**CQG, INC. AND CQGT, LLC,**
*Defendants-Appellants.*

---

2015-1277

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:05-cv-04811, Judge Sharon Johnson Coleman.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Appellants submit a motion for a stay, pending disposition of this appeal, of proceedings before the district court.

Upon consideration thereof,

IT IS ORDERED THAT:

    (1)  Appellee's response to the motion is due no later than January 27, 2015.

    (2)  Appellants' reply, if any, is due within two days of the date of the filing of the response.

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

s26