NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**
*Plaintiff-Appellee,*

v.

**CQG, INC. AND CQGT, LLC,**
*Defendants-Appellants.*

2015-1277

Appeal from the United States District Court for the Northern District of Illinois in No. 1:05-cv-04811, Judge Sharon Johnson Coleman.

**ON MOTION**

Before PROST, *Chief Judge,* LOURIE and WALLACH, *Circuit Judges.*

PROST, *Chief Judge.*

**O R D E R**

CQG, Inc. and CQCT, LLC (collectively "CQG") submit a motion for a stay of proceedings before the district court pending disposition of this appeal from the district

court's order denying CQG's motion to stay the patent infringement lawsuit pending post-grant review of one of the two patents-in-suit under the Transitional Program for Covered Business Method Patents. Trading Technologies International, Inc. opposes.

Rule 8(a)(1)(C)(2) of the Federal Rules of Appellate Procedure authorizes this court to stay district court proceedings pending appeal. Our determination is governed by four factors: (1) whether the movant has made a strong showing of likelihood of success on the merits; (2) whether the movant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

Without prejudicing the ultimate disposition of this case by a merits panel, the court concludes based upon the papers submitted that CQG has not established that it is entitled to a stay of district court proceedings pending appeal.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26